```
 1
 2
 3
 4
 5
 6
 7
```
8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

```
10
11  CURTIS DUHART,                  ) NO. ED CV 12-922-GHK(E)
                                    )
12             Petitioner,          )
                                    )
13       v.                         )   ORDER ACCEPTING FINDINGS,
                                    )
14  P.L. VASQUEZ, Warden,           )   CONCLUSIONS AND RECOMMENDATIONS OF
                                    )
15             Respondent.          )   UNITED STATES MAGISTRATE JUDGE
                                    )
16  _____)

17
```

18      Pursuant to 28 U.S.C. section 636, the Court has reviewed the
19 Petition, all of the records herein and the attached Report and
20 Recommendation of United States Magistrate Judge.  The Court accepts
21 and adopts the Magistrate Judge's Report and Recommendation.
22
23      IT IS ORDERED that Judgment be entered denying and dismissing the
24 Petition with prejudice.
25 ///
26 ///
27 ///
28 ///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner, and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:     12/19    , 2012.

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE