**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CURTIS DUHART, | ) | NO. ED CV 12-922-GHK(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| P.L. VASQUEZ, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED:     12/19    , 2012.

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE